**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:15-CR-203-RFB |
| | ) | |
| ALAN DEMOS, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

This Court finds that defendant ALAN DEMOS pled guilty to Count One of a One-Count Criminal Information charging him with Transmission of Gambling Information in violation of Title 18, United States Code, Section 1084. Criminal Information, ECF No. 4; Change of Plea, ECF No. 9; Plea Agreement, ECF No. 6.

This Court finds defendant ALAN DEMOS agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 4; Change of Plea, ECF No. 9; Plea Agreement, ECF No. 6.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offense to which defendant ALAN DEMOS pled guilty.

The following assets are any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1084, a specified unlawful

activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense, and are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c):

1. $99,097 in United States Currency;
2. $15,010 in United States Currency;
3. $62,213 in United States Currency;
4. a Western Union $600 money order with blank payee field, number xx-xxxxx0842;
5. a Western Union $110 money order with blank payee field, number xx-xxxxx0843;
6. a Western Union $170 money order with blank payee field, number xx-xxxxx6356;
7. $11,952.75 in United States Currency;
8. $17,304 in United States Currency;
9. $1,475 in United States Currency;
10. $109,900 in United States Currency; and
11. Various jewelry including four (4) white colored stone rings, one (1) white colored bracelet with white stones, one (1) yellow colored bracelet, one (1) yellow colored watch with white stones, four (4) yellow colored rings, three (3) yellow colored pendants, one (1) purple colored stone ring, one (1) green stone ring, one (1) yellow ring with white stone, one (1) green colored pendant, one (1) yellow colored coin, one (1) brown colored pendant, two (2) white colored coins, two (2) yellow colored necklaces, and two (2) yellow pendants with white stones

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

///

2

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ALAN DEMOS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

/ / /

/ / /

1  Daniel D. Hollingsworth
   Assistant United States Attorney
2  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
3  Las Vegas, Nevada 89101.

4    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

5 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

6 following publication of notice of seizure and intent to administratively forfeit the above-described

7 property.

8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED after the property is forfeited in

9 the criminal cases and the Final Orders of Forfeiture are entered, within a practicable time thereafter

10 for the United States, the United States will return:

11    Various jewelry including four (4) white colored stone rings, one (1) white colored

12    bracelet with white stones, one (1) yellow colored bracelet, one (1) yellow colored

13    watch with white stones, four (4) yellow colored rings, three (3) yellow colored

14    pendants, one (1) purple colored stone ring, one (1) green stone ring, one (1) yellow

15    ring with white stone, one (1) green colored pendant, one (1)

16    yellow colored coin, one (1) brown colored pendant, two (2) white colored coins,

17    two (2) yellow colored necklaces, and two (2) yellow pendants with white stones to

18    RALPH RUDD, through James Henderson;

19    $2,135 of $11,952.75 in United States Currency to ALAN DEMOS, through James

20    Henderson; and

21    $17,304 in United States Currency to EDWARD RUDD, through James Henderson,

22 in accordance with the Plea Agreement (ECF No. 6).

23    DATED this 9th day of October, 2015.

24

25

26
   _____
   RICHARD F. BOULWARE, II
   UNITED STATES DISTRICT JUDGE

4

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on August 6, 2015.

/s/ Michelle C. Lewis
MICHELLE C. LEWIS
Paralegal Specialist

5